# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**HOPETON FITZGERALD FLETCHER**<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No. __1:22-MJ-61__<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2019 - December 12, 2019__ in the city/county of __Arlington__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Unlawfully, knowingly, and intentionally combined, conspired, confederated, and agreed with others, known and unknown, to unlawfully, knowingly, and intentionally distribute 5 kilograms or more of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

__SAUSA Lea Reizman/ AUSA Rachel Roberts__
*Printed name and title*

*Complainant's signature*

__Randall Mason, Task Force Officer, DEA__
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: _____

Digitally signed by Ivan Davis
Date: 2022.03.17 14:48:50 -04'00'

*Judge's signature*

City and state: __Alexandria, Virginia__     __Hon. Ivan D. Davis, U.S. Magistrate Judge__
*Printed name and title*